# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
KIPPLIN CARTER, 301 Madison Street,   )
NW, Washington, D.C. 20011, individually )
and on behalf of all others similarly situated )   Case No. 1:07CV00220
            Plaintiff,   )   Judge: Hon. John D. Bates
                              )
     vs.   )
                              )
UNIVERSAL MUSIC GROUP, INC.;   )
SONY CORPORATION OF AMERICA;   )
BERTELSMANN MUSIC GROUP;   )
SONY BMG MUSIC ENTERTAINMENT;   )
CAPITOL RECORDS, INC., dba EMI   )
MUSIC NORTH AMERICA; WARNER   )
MUSIC GROUP CORP.,   )
            Defendants.   )
_____)

## STIPULATION TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for defendants Universal Music Group, Inc., Sony Corporation of America, Bertelsmann Music Group, Sony BMG Music Entertainment, Capitol Records, Inc., d/b/a EMI Music North America, and Warner Music Group Corp. (collectively, "Defendants"), and plaintiff Kipplin Carter ("Plaintiff"), as follows:

**WHEREAS** at least twenty-nine other actions asserting claims similar to those alleged in the above-captioned matter have been filed;

**WHEREAS** on August 16, 2006, after hearing oral argument on the issue, the Judicial Panel on Multidistrict Litigation transferred nine related actions to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407,

**WHEREAS** since August 16, 2006, the Judicial Panel on Multidistrict Litigation has transferred the remaining related actions to the Southern District of New York as "tag-along" actions;

**WHEREAS** the related actions are pending in the Southern District of New York as *In re Digital Music Antitrust Litigation,* MDL No. 1780 (LAP);

**WHEREAS** Plaintiff intends to seek transfer of this action to the Southern District of New York for consolidated or coordinated proceedings;

**WHEREAS** Plaintiff and Defendants agree that, in the interest of judicial economy, Defendants should not answer or otherwise respond to the Complaint in this matter until after a decision has been rendered by the Judicial Panel on Multidistrict Litigation regarding transfer of this action to the Southern District of New York;

**WHEREAS** Plaintiff and Defendants agree that no defense is waived by entry into this stipulation and all defenses are preserved;

**THEREFORE, IT IS STIPULATED AND AGREED THAT**, subject to the Court's approval:

(i) in the event the Judicial Panel on Multidistrict Litigation determines that this action is suitable for MDL treatment as a "tag-along" action, Defendants shall answer or otherwise respond to the consolidated complaint in the MDL action pursuant to the schedule set forth in *In re Digital Music Antitrust Litigation,* MDL No. 1780 (LAP);

(ii) in the event the Judicial Panel on Multidistrict Litigation determines that this action is suitable for MDL treatment, but Plaintiff is not a signatory to the consolidated complaint, Defendants shall answer or otherwise respond to Plaintiff's Complaint on the same schedule as that by which Defendants are required to respond to the consolidated complaint in *In re Digital Music Antitrust Litigation,* MDL No. 1780 (LAP), absent further agreement of the parties or a Court order;

(iii) in the event the Judicial Panel on Multidistrict Litigation determines that this action is not suitable for MDL treatment, Defendants shall have until 45 days after such order to answer or otherwise respond to this Complaint; and

(iv) Defendants agree that their counsel hereby accept service of the complaint and summons pursuant to Fed. R. Civ. P. 4(d).

**SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:     Washington, D.C.
           March __, 2007

DATED:  March 12, 2007						FINKELSTEIN THOMPSON LLP

								By:   /s/ Benjamin J. Weir
								Douglas G. Thompson (DC Bar #172387)
								Tracy D. Rezvani (DC Bar #464293)
								Karen J. Marcus (DC Bar #486435)
								Benjamin J. Weir (DC Bar # 494045)
								FINKELSTEIN THOMPSON LLP
								1050 30th Street NW
								Washington, DC 20007
								Tel.: 202.337.8000
								Fax: 202.337.8090

								*Attorneys for Plaintiff Kipplin Carter*

DATED:  March 12, 2007						HOWREY LLP

								By: /s Alan M. Wiseman
								     Alan M. Wiseman
								1299 Pennsylvania Ave., N.W.
								Washington, District of Columbia 20004
								Tel.: (202) 783-0800
								Fax: (202) 383-6610
								*Attorneys for Defendant*
								*BERTELSMANN MUSIC GROUP*

DATED:  March 12, 2007                               GIBSON, DUNN & CRUTCHER LLP

By: /s Joseph Kattan
    Joseph Kattan, P.C. (DC Bar # 335422)
1050 Connecticut Avenue NW
Washington, District of Columbia 20036
Tel.: (202) 955-8500
Fax:  (202) 467-0539
*Attorneys for Defendants*
*SONY BMG MUSIC ENTERTAINMENT*
*and SONY CORPORATION OF AMERICA*


DATED:  March 12, 2007                               MUNGER, TOLLES & OLSON LLP

By: /s Joshua Groban
    Joshua Groban (DC Bar # 471313)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel.: (213) 683-9100
Fax:  (213) 687-3702
*Attorneys for Defendant*
*UNIVERSAL MUSIC GROUP, INC.*

DATED:  March 12, 2007                               MAYER, BROWN, ROWE & MAW LLP

By: /s Michael O. Ware
    Michael O. Ware (D.D.C. Bar ID TX0006)
1675 Broadway
New York, New York 10019
Tel.:  (212) 506-2500
Fax:  (212) 262-1910
*Attorneys for Defendant*
*CAPITOL RECORDS, INC. DBA EMI MUSIC*
*NORTH AMERICA*

| | |
|---|---|
| DATED: March 12, 2007 | SIMPSON THACHER & BARTLETT LLP |
| | By: /s Andrew Lacy |
| | Andrew Lacy (DC Bar # 496644) |
| | 555 11th Street NW |
| | Washington, District of Columbia 20004 |
| | Tel.: (202) 220-7700 |
| | Fax: (202) 220-7702 |
| | *Attorneys for Defendant* |
| | *WARNER MUSIC GROUP CORP.* |