# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIPPLIN CARTER, 301 Madison Street, NW, Washington, D.C. 20011, individually and on behalf of all others similarly situated <br>           Plaintiff, <br><br>         *vs.* <br><br> UNIVERSAL MUSIC GROUP, INC.; SONY CORPORATION OF AMERICA; BERTELSMANN MUSIC GROUP; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC., dba EMI MUSIC NORTH AMERICA; WARNER MUSIC GROUP CORP., <br>           Defendants. | Case No. 1:07CV00220 <br> Judge: Hon. John D. Bates <br><br> **FILED** <br><br> MAR 1 2 2007 <br><br> NANCY MAYEFWHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## STIPULATION TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for defendants Universal Music Group, Inc., Sony Corporation of America, Bertelsmann Music Group, Sony BMG Music Entertainment, Capitol Records, Inc., d/b/a EMI Music North America, and Warner Music Group Corp. (collectively, "Defendants"), and plaintiff Kipplin Carter ("Plaintiff"), as follows:

**WHEREAS** at least twenty-nine other actions asserting claims similar to those alleged in the above-captioned matter have been filed;

**WHEREAS** on August 16, 2006, after hearing oral argument on the issue, the Judicial Panel on Multidistrict Litigation transferred nine related actions to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407,

**WHEREAS** since August 16, 2006, the Judicial Panel on Multidistrict Litigation has transferred the remaining related actions to the Southern District of New York as "tag-along" actions;

**WHEREAS** the related actions are pending in the Southern District of New York *as In re Digital Music Antitrust Litigation,* MDL No. 1780 (LAP);

**WHEREAS** Plaintiff intends to seek transfer of this action to the Southern District of New York for consolidated or coordinated proceedings;

**WHEREAS** Plaintiff and Defendants agree that, in the interest of judicial economy, Defendants should not answer or otherwise respond to the Complaint in this matter until after a decision has been rendered by the Judicial Panel on Multidistrict Litigation regarding transfer of this action to the Southern District of New York;

**WHEREAS** Plaintiff and Defendants agree that no defense is waived by entry into this stipulation and all defenses are preserved;

**THEREFORE, IT IS STIPULATED AND AGREED THAT,** subject to the Court's approval:

(i)     in the event the Judicial Panel on Multidistrict Litigation determines that this action is suitable for MDL treatment as a "tag-along" action, Defendants shall answer or otherwise respond to the consolidated complaint in the MDL action pursuant to the schedule set forth *in In re Digital Music Antitrust Litigation,* MDL No. 1780 (LAP);

(ii)    in the event the Judicial Panel on Multidistrict Litigation determines that this action is suitable for MDL treatment, but Plaintiff is not a signatory to the consolidated complaint, Defendants shall answer or otherwise respond to Plaintiffs Complaint on the same schedule as that by which Defendants are required to respond to the consolidated complaint *in In re Digital Miisic Antitrust Litigation,* MDL No. 1780 (LAP), absent further agreement of the parties or a Court order;

(iii)   in the event the Judicial Panel on Multidistrict Litigation determines that this action is not suitable for MDL treatment, Defendants shall have until 45 days after such order to answer or otherwise respond to this Complaint; and

(iv)    Defendants agree that their counsel hereby accept service of the complaint and summons pursuant to Fed. R. Civ. P. 4(d).

**SO ORDERED**

_____
UNITED STATES DISTRICT COURT  JUDGE


Dated:          Washington,  D.C.
                March/x,  2007

DATED: March 12, 2007                     FINKELSTEIN  THOMPSON  LLP

                                          By:   /s/ Benjamin J. Weir
                                          Douglas G. Thompson (DC Bar #172387)
                                          Tracy D. Rezvani (DC Bar #464293)
                                          Karen J. Marcus (DC Bar #486435)
                                          Benjamin J. Weir (DC Bar # 494045)
                                          FINKELSTEIN  THOMPSON  LLP
                                          1050 30th Street NW
                                          Washington, DC 20007
                                          Tel.: 202.337.8000
                                          Fax: 202.337.8090

                                          *Attorneys for Plaintiff Kipplin Carter*

DATED: March 12, 2007                     HOWREY  LLP

                                          By: /s Alan M. Wiseman
                                               Alan M. Wiseman
                                          1299 Pennsylvania Ave., N.W.
                                          Washington, District of Columbia 20004
                                          Tel.: (202) 783-0800
                                          Fax: (202) 383-6610
                                          *Attorneys for Defendant*
                                          *BERTELSMANN MUSIC GROUP*

DATED: March 12, 2007

GIBSON, DUNN & CRUTCHER LLP

By: /s Joseph Kattan
    Joseph Kattan, P.C. (DC Bar # 335422)
1050 Connecticut Avenue NW
Washington, District of Columbia 20036
Tel.: (202) 955-8500
Fax: (202) 467-0539
*Attorneys for Defendants*
*SONYBMG MUSIC ENTERTAINMENT*
*and SONY CORPORATION OF AMERICA*

DATED: March 12, 2007

MUNGER, TOLLES & OLSON LLP

By: /s Joshua Groban
    Joshua Groban (DC Bar # 4713 13)
355 South Grand Avenue, 35th Floor
Los Angeles, California 9007 1 - 1560
Tel.: (213) 683-9100
Fax: (213) 687-3702
*Attorneys for Defendant*
*UNIVERSAL MUSIC GROUP, INC.*

DATED: March 12, 2007

MAYER, BROWN, ROWE & MAW LLP

By: /s Michael O. Ware
    Michael 0. Ware (D.D.C. Bar ID TX0006)
1675 Broadway
New York, New York 100 19
Tel.: (212) 506-2500
Fax: (212) 262-1910
*Attorneys for Defendant*
*CAPITOL RECORDS, INC. DBA EM MUSIC*
*NORTH AMERICA*

5

DATED: March 12, 2007

SIMPSON THACHER & BARTLETT LLP

By: /s Andrew Lacy
    Andrew Lacy (DC Bar # 496644)
*555* 1 1^(th) Street NW
Washington, District of Columbia 20004
Tel.: (202) 220-7700
Fax: (202) 220-7702
*Attorneys for Defendant*
*WARNER MUSIC 'GROUP CORP.*