# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
KIPPLIN CARTER, 301 Madison Street, )
NW, Washington, D.C. 20011, individually )
and on behalf of all others similarly situated ) Case No. 1:07CV00220
               Plaintiff, ) Judge:  Hon. John D. Bates
)
     vs. )
)
UNIVERSAL MUSIC GROUP, INC.; )
SONY CORPORATION OF AMERICA; ) **NOTICE OF FILING WITH THE**
BERTELSMANN MUSIC GROUP; ) **JUDICIAL PANEL ON**
SONY BMG MUSIC ENTERTAINMENT; ) **MULTIDISTRICT LITIGATION**
CAPITOL RECORDS, INC., dba EMI )
MUSIC NORTH AMERICA; WARNER )
MUSIC GROUP CORP., )
               Defendants. )
_____)

      With regard to the above captioned matter, please find a copy of Movant Kipplin Carter's Notice of Potential Tag Along Action, attached hereto as Exhibit A, filed with the Judicial Panel on Multidistrict Litigation today.

DATED:      March 30, 2007

                                        Respectfully Submitted:

                                                /s/ Benjamin J. Weir
                                        Douglas G. Thompson  (DC Bar #172387)
                                        Tracy D. Rezvani (DC Bar # 464293)
                                        Karen J. Marcus (DC Bar #486435)
                                        Benjamin J. Weir (DC Bar# 494045)
                                        FINKELSTEIN THOMPSON LLP
                                        1050 30th Street NW
                                        Washington, DC 20007
                                        Tel:  202-337-8000
                                        Fax:  202-337-8090

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing With the Judicial Panel on Multidistrict Litigation was served this 30th day of March, 2007 via ECF service or electronic means upon the following:

Alan M. Wiseman, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
*Counsel for Defendant Beertelsmann Music Group*

Joseph Kattan, P.C.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, District of Columbia 20036
*Counsel for Defendants Sony BMG Music Entertainment and Sony Corp. of America*

Joshua Groban, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
*Counsel for Defendant Universal Music Group, Inc.*

Michael O. Ware, Esq.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, New York 10019
*Counsel for Defendant Capital Records, Inc. DBA EMI Music North America*

SIMPSON THACHER & BARTLETT LLP
Andrew Lacy, Esq.
Simpson Thacher & Bartlett LLP
555 11th Street NW
Washington, DC 20004
*Counsel for Defendant Warner Music Group Corp.*

                                                      /s/ Benjamin J. Weir
                                                        Benjamin J. Weir

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>DIGITAL MUSIC ANTITRUST LITIGATION | )<br>)<br>)   MDL Docket No. 1780<br>)<br>)<br>) |

MOVANT KIPPLIN CARTER'S
NOTICE OF POTENTIAL TAG ALONG ACTION

Douglas G. Thompson  (DC Bar #172387)
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, DC 20007
Tel: 202-337-8000
Fax: 202-337-8090

[Additional Counsel listed on signature page]

Attorneys for Individual and Representative Plaintiff,
Kipplin Carter

1. On August 16, 2006, the Judicial Panel on Multidistrict Litigation (the "Panel") consolidated nine actions for pretrial proceedings and transferred them to the Southern District of New York in MDL No. 1780, *In re: Digital Music Antitrust Litigation*.

2. Movant filed the following case, attached hereto as Exhibit A, in the District Court for the District of Columbia on January 31, 2007, and is available via the PACER service:

> Kipplin Carter v. Universal Music Group, Inc. at al,
> Civil Action No. 1:07CV00220; The Honorable John D. Bates

3. This action arises from the same facts and asserts similar claims as the pending actions which were consolidated by the Panel in MDL 1780 and, therefore, should be designated as a "Tag Along Action" pursuant to Panel Rule 7.5.

Dated: March 30, 2007

By: *[signature]*
Douglas G. Thompson
Tracy D. Rezvani (DC Bar # 464293)
Karen J. Marcus (DC Bar #486435)
Benjamin J. Weir (DC Bar# 494045)
**Finkelstein Thompson LLP**
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC  20007
(202) 337-8000

**Attorney for Plaintiff / Movant**