# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIPPLIN CARTER, 301 Madison Street, NW, Washington, D.C. 20011, individually and on behalf of all others similarly situated )<br>Plaintiff, )<br><br>vs. )<br><br>UNIVERSAL MUSIC GROUP, INC.;<br>SONY CORPORATION OF AMERICA;<br>BERTELSMANN MUSIC GROUP;<br>SONY BMG MUSIC ENTERTAINMENT;<br>CAPITOL RECORDS, INC., dba EMI<br>MUSIC NORTH AMERICA; WARNER<br>MUSIC GROUP CORP.,<br>Defendants. | Case No. 1:07CV00220<br>Judge: Hon. John D. Bates<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Kipplin Carter hereby voluntarily dismisses, without prejudice, his Complaint pending in this action.

DATED:    April 4, 2007

Respectfully Submitted:

　　　/s/ Benjamin J. Weir
Douglas G. Thompson  (DC Bar #172387)
Tracy D. Rezvani (DC Bar # 464293)
Karen J. Marcus (DC Bar #486435)
Benjamin J. Weir (DC Bar# 494045)
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, DC 20007
Tel:  202-337-8000
Fax:  202-337-8090

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served this 4th day of April, 2007 via ECF service or other electronic means upon the following:

Alan M. Wiseman, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
*Counsel for Defendant Beertelsmann Music Group*

Joseph Kattan, P.C.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, District of Columbia 20036
*Counsel for Defendants Sony BMG Music Entertainment and Sony Corp. of America*

Joshua Groban, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
*Counsel for Defendant Universal Music Group, Inc.*

Michael O. Ware, Esq.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, New York 10019
*Counsel for Defendant Capital Records, Inc. DBA EMI Music North America*

SIMPSON THACHER & BARTLETT LLP
Andrew Lacy, Esq.
Simpson Thacher & Bartlett LLP
555 11th Street NW
Washington, DC 20004
*Counsel for Defendant Warner Music Group Corp.*

                                                 /s/ Benjamin J. Weir
                                                  Benjamin J. Weir